STATE OF NEW JERSEY v. DONALD MARTIN.

January 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. RONNY B. LAYNE.

January 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS ROBINSON.

January 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD COTTINGHAM.

January 13, 1986.

Petition for certification denied.